```
              IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION

JAMES M. MARTIN,                   *

        Plaintiff,                 *

vs.                                *
                                       CASE NO. 4:11-CV-164 (CDL)
M. LINDA PIERCE, et al.,           *

        Defendants.                *
```

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Magistrate Judge issued a Report and Recommendation dated November 21, 2011, recommending that Plaintiff's claims against Judge William Smith, Court Reporter Raymond Campbell and the Superior Court of Muscogee County be dismissed.  After the Magistrate issued his recommendation, Plaintiff filed a motion to voluntarily dismiss his claims against Raymond Campbell and The Muscogee County Superior Court, which were granted since no answers had yet been filed. Plaintiff now objects to the Magistrate's recommended dismissal of Plaintiff's claim against Judge Smith.  After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 21, 2011 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 24th day of January, 2012.

                                        s/Clay D. Land
                                        CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE