IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JAMES MARTIN,                          *

          Plaintiff,                   *

vs.                                    *
                                           CASE NO. 4:11-CV-164 (CDL)
LINDA PIERCE, Clerk                    *

          Defendant.                   *


ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE


          After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on July 26, 2012, is hereby approved, adopted, and made the Order of the Court.

          The objection of the Plaintiff has been considered and is found to be without merit.

          IT IS SO ORDERED, this 21st day of August, 2012.



                                   s/Clay D. Land
                                   CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE