IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JAMES MARTIN, | * |
|     Plaintiff, | * |
| vs. | * |
| LINDA PIERCE, Clerk | CASE NO. 4:11-CV-164 (CDL) |
|      | * |
|     Defendant. | * |

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on July 26, 2012, is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 21st day of August, 2012.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE